UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.185.158.224,<br><br>                Defendant. | Civil Action No. 2:18-cv-06806-SJF-SIL |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### <u>WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 24.185.158.224. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 6, 2019                Respectfully submitted,

                                                    By:    <u>/s/ *Jacqueline M. James*___</u>
                                                                       Jacqueline M. James, Esq. (#1845)
                                                                       The James Law Firm, PLLC
                                                                       445 Hamilton Avenue, Suite 1102
                                                                       White Plains, New York 10601
                                                                       T: 914-358-6423
                                                                       F: 914-358-6424
                                                                       E-mail: jjames@jacquelinejameslaw.com
                                                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                     By: /s/ *Jacqueline M. James*
                                                           Jacqueline M. James, Esq.