F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 07 2019 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STRIKE 3 HOLDINGS, LLC,

        Plaintiff,

v.

JOHN DOE subscriber assigned IP address 24.185.158.224,

        Defendant.

Civil Action No. 2:18-cv-06806-SJF-SIL

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 24.185.158.224. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: November 6, 2019

Respectfully submitted,

By:   */s/ Jacqueline M. James*
     Jacqueline M. James, Esq. (#1845)
     The James Law Firm, PLLC
     445 Hamilton Avenue, Suite 1102
     White Plains, New York 10601
     T: 914-358-6423
     F: 914-358-6424
     E-mail: jjames@jacquelinejameslaw.com
     *Attorneys for Plaintiff*

*[Handwritten annotation:]* The case is closed. So Ordered

s/ Sandra J. Feuerstein
Sandra J. Feuerstein, U.S.D.J.
11/7/19

1